# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JESSICA MALLEY,**
Appellant,

v.

**LENNY POWELL** and **ELISE POWELL,**
Appellees.

No. 4D23-423

[July 5, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Victoria L. Griffin, Judge; L.T. Case No. 56-2022-DR-000528.

John H. Rains IV of Bondurant, Mixson & Elmore, LLP, Atlanta, Georgia, for appellant.

Eduardo F. Rodriguez of EFR Law Firm, Coral Gables, for appellee Lenny Powell.

PER CURIAM.

*Affirmed. See Kazmierazak v. Query*, 736 So. 2d 106 (Fla. 4th DCA 1999).

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***